# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re   Michelle L. Campbell
_____
Debtor(s)

Case No.  20-14031
Chapter   13

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Michelle L. Campbell**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

- [✓] I have not been employed by any employer within the 60 days before the date of the filing of the petition.

- [ ] I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

- [ ] I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date  **November 13, 2020**

Signature  *Michelle L. Campbell*
Michelle L. Campbell
Debtor