**YERGEY•DAYLOR•ALLEBACH•SCHEFFEY•PICARDI**
**By: Gregory W. Philips, Esquire**
**ID # 87132**
**1129 High Street, P.O. Box 776**
**Pottstown, PA 19464-0776**                              **Attorney for Creditor**
**610-323-1400**                                          **West Pottsgrove Township**
**610-323-4660 (f)**

---

## UNITED STATES COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

In re:  **MITCHELLE L. CAMPBELL,**        :   Case No. 20-14031-elf
                                          :
                        **Debtors**       :   Chapter 13

### CERTIFICATE OF SERVICE

      I, Gregory W. Philips, Esquire, Attorney for West Pottsgrove Township, state that I have served the Township's Amended Proof of Claim on the following person(s):

| | |
|---|---|
| United States Trustee | Joseph L. Quinn, Esquire |
| 833 Chestnut Street | Ross, Quinn & Ploppert, P.C.. |
| Suite 500 | 192 E. High Street, Suite 101 |
| Philadelphia, PA 19107 | Pottstown, PA 19464 |
| | Attorney for Debtor |

William C. Miller Esquire
Chapter 13 Standing Trustee
P.O BOX 40119
PHILA., PA 19106

Via: Electronic mail using the Court's electronic docketing system on December 10, 2020.

| | |
|---|---|
| 12/10/20 | /s/ Gregory W. Philips |
| Date: | Gregory W. Philips, Esquire |
| | Attorney for Creditor |
| | West Pottsgrove Township |
| | 1129 High Street, P.O. Box 776 |
| | Pottstown, PA 19464-0776 |
| | Telephone: 610-323-1400 |