THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Michelle L. Campbell, | : | Chapter 13 |
| Debtor | : | No. : 20-14031-elf |

*****************
**Hearing to be Held:**
**Date:    June 8, 2021**
**Time:   1:00pm**
**Place:  United States Bankruptcy Court**
**Eastern District of Pennsylvania**
**Courtroom #1**
**Robert N.C. Nix Sr. Federal Courthouse**
**900 Market Street**
**Philadelphia, PA 19107**
*****************

## NOTICE OF DEBTOR'S OBJECTION TO CLAIM NO. 2 BY NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER

Michelle. L. Campbell, Debtor, by and through undersigned counsel, has filed an objection to the proof of claim you filed in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated**. **You should read these papers carefully and discuss them with your attorney, if you have one**.

If you do not want the court to eliminate or change your claim, or if you want the court to consider your views, you or your lawyer must attend the hearing on the objection scheduled to be held before the Honorable Eric L. Frank, United States Bankruptcy Judge on **June 8, 2021 at 1:00pm** at the following location:

United States Bankruptcy Court
Eastern District of Pennsylvania
Courtroom #1
Robert N.C. Nix Sr. Federal Courthouse
900 Market Street
Philadelphia, PA 19107

**ROSS, QUINN & PLOPPERT, P.C.**

BY:     */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA  19464
T: (610) 323 - 5300
F: (610) 323 - 6081
Date: May 4, 2021              JQuinn@rqplaw.com