THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Michelle L. Campbell,        :        Chapter 13
          Debtor             :        No. : 20-14031-elf

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for Debtor, hereby certify that a true and correct copy of the Objection to Proof of Claim 2 filed by Nationstar Mortgage, LLC d/b/a Mr. Cooper, along with Notice of Objection filed on May 4, 2021 has been served upon the following by the means stated:

***By means of ECF on May 4, 2021:***

William C. Miller, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

Gregory W. Philips on behalf of Creditor West Pottsgrove Township
gwphilips@ydasp.com, philipslaw@comcast.net

Rebecca Ann Solarz on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**ROSS, QUINN & PLOPPERT, P.C.**

BY:     */s/ Joseph Quinn*
       Joseph Quinn, Esquire
       Attorney I.D. No. 307467
       192 S. Hanover Street, Suite 101
       Pottstown, PA  19464
       T: (610) 323-5300
       F: (610) 323-6081

Date: May 4, 2021                  JQuinn@rqplaw.com