# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | MICHELLE CAMPBELL, : | Chapter 13 |
| | : | |
| | Debtor    : | Bky. No. 20-14031 ELF |

# O R D E R

**AND NOW,** after a hearing, and for the reasons stated in court on **June 8, 2021,** it is hereby **ORDERED**, in connection with the contested matter arising from the Debtor's Objection to the Proof of Claim filed by Nationstar Mortgage LLC (Claim No. 2) that each party shall propound any discovery necessary for the hearing **on or before June 22, 2021**.

Date:  June 8, 2021

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**