United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 20-14031-elf

Michelle L. Campbell                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 09, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2021:**

**Recip ID            Recipient Name and Address**
db                    + Michelle L. Campbell, 203 E Race Street, Pottstown, PA 19464-6725

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2021                            Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2021 at the address(es) listed below:**

**Name                        Email Address**

GREGORY W. PHILIPS
                    on behalf of Creditor West Pottsgrove Township gwphilips@ydasp.com  philipslaw@comcast.net

JOSEPH L QUINN
                    on behalf of Debtor Michelle L. Campbell CourtNotices@rqplaw.com

REBECCA ANN SOLARZ
                    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
                    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
                    ecfemails@ph13trustee.com  philaecf@gmail.com

District/off: 0313-2                                   User: admin                                        Page 2 of 2

Date Rcvd: Jun 09, 2021                                Form ID: pdf900                                    Total Noticed: 1

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:       MICHELLE CAMPBELL, :        Chapter 13
                                      :
                   Debtor       :        Bky. No. 20-14031 ELF

## O R D E R

AND NOW, after a hearing, and for the reasons stated in court on **June 8, 2021,** it is

hereby **ORDERED**, in connection with the contested matter arising from the Debtor's

Objection to the Proof of Claim filed by Nationstar Mortgage LLC (Claim No. 2) that each

party shall propound any discovery necessary for the hearing **on or before June 22, 2021**.

Date:  June 8, 2021       _____
                                   **ERIC L. FRANK**
                                   **U.S. BANKRUPTCY JUDGE**