THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Michelle L. Campbell, | : | Chapter 13 |
| Debtor | : | No. : 20-14031-elf |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for Debtor, hereby certify that a true and correct copy of the First Amended Plan dated and docketed June 23, 2021 has been served upon the following by the means stated:

***By means of ECF on June 23, 2021***:

Gregory W. Philips, Esquire on behalf of West Pottsgrove Township
gwphilips@ydasp.com, philipslaw@comcast.net

Rebecca Ann Solarz, Esquire on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper
bkgroup@kmllawgroup.com

William C. Miller, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

 

**ROSS, QUINN & PLOPPERT, P.C.**

BY:    */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA  19464
T: (610) 323-5300
F: (610) 323-6081
JQuinn@rqplaw.com

Date:  June 23, 2021