THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Michelle L. Campbell,<br>　　　　Debtor | CASE NO. 20-14031-ELF |
| Michelle L. Campbell,<br>　　　　Movant<br>　　v.<br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>　　　　Respondent<br>　　and<br>William C. Miller, Esquire<br>　　　　Chapter 13 Trustee | CHAPTER 13 |

**STIPULATION OF SETTLEMENT OF DEBTOR'S OBJECTION TO CLAIM NO. 2 BY NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER**

In settlement of Debtor's objection to claim no. 2 filed by Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar"), the undersigned parties (the "Parties") hereby stipulate to the following:

1.　　Debtor filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code on October 8, 2020.

2.　　On December 9, 2020, a proof of claim was filed by Nationstar. The claim reflects the mortgage loan secured by Debtor's real estate at 203 E. Race Street, Pottstown, PA 19464.

3.　　The stated claim amount is $121,488.78 and reflects $34,554.10 in pre-petition mortgage loan arrears.

4.　　Debtor objected to claim no. 2 on May 4, 2021.

1

5. The Parties agree that the total claim value of Claim No. 2 shall be reduced to $115,619.08.

6. The Parties agree that the pre-petition loan arrears of Claim No. 2 shall be reduced to $28,684.40.

7. This Stipulation shall act as an amendment to Nationstar's Proof of Claim, and no further filings or amendments needed.

8. The Parties agree that if Nationstar offers a loan modification to Debtor and Debtor accepts the modification during the pendency of this Chapter 13 bankruptcy case, then Nationstar agrees to incorporate the $5,869.70 in fees/cost reduction reflected in this stipulation into the terms of the loan modification.

9. Each party shall bear their own attorney's costs and fees incurred in furtherance of this stipulation.

10. This Stipulation may be executed in one or more counterparts, telefaxed, and electronic signatures are acceptable and shall be treated as originals.

/s/Rebecca A. Solarz, Esq.                      6/23/2021

Rebecca A. Solarz, Esquire                      Date
KML Law Group, P.C.
rsolarz@kmllawgroup.com
Tel: (215) 825-6327
Attorney for Nationstar Mortgage LLC
d/b/a Mr. Cooper

_____                         6/22/2021
Joseph L. Quinn, Esquire                        Date
Ross, Quinn & Ploppert, P.C.
Tel: (610) 323-5300
jquinn@rqplaw.com
Attorney for Debtor

2

/s/ Leroy Etheridge, Esquire *         June 30, 2021
_____         _____
Leroy Etheridge, Esquire         Date
for William C. Miller
Chapter 13 Standing Trustee
elf@ph13trustee.com
Phone: (215) 627-1377

* no objection to its terms, without prejudice to any of our rights and remedies