THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  Michelle L. Campbell,<br>            Debtor | CASE NO. 20-14031-ELF |
| Michelle L. Campbell,<br>            Movant<br>      v.<br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>            Respondent<br><br>and<br><br>William C. Miller, Esquire<br>            Chapter 13 Trustee | CHAPTER 13 |

## ORDER

The parties having submitted a Stipulation in Settlement of Debtor's Objection to Claim No. 2 by Nationstar Mortgage LLC d/b/a Mr. Cooper in the above-captioned Chapter 13 bankruptcy, IT IS ORDERED that:

1. The Stipulation is **APPROVED.**

2. The Clerk shall modify the Claims Register in accordance with the amounts stated in the Stipulation

Date: 7/2/21

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**