THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Michelle L. Campbell, | : | Chapter 13 |
| Debtor | : | No. : 20-14031-elf |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for Debtor, hereby certify that a true and correct copy of the Motion to Modify the Chapter 13 Plan (Post-Confirmation), along with Notice of Motion and proposed modified Chapter 13 plan filed on February 28, 2022, have been served upon the following by the means stated:

*Via Electronic Filing (ECF) on February 28, 2022:*

Gregory W. Philips, Esquire on behalf of West Pottsgrove Township
gwphilips@ydasp.com, philipslaw@comcast.net

Rebecca Ann Solarz, Esquire on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper
bkgroup@kmllawgroup.com

Kenneth E. West, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

*Via First Class United States Mail on February 28, 2022:*

All other creditors on the mailing matrix not noticed by way of ECF.

                                            **ROSS, QUINN & PLOPPERT, P.C.**

                                            By: */s/ Joseph Quinn*
                                                Joseph Quinn, Esquire
                                                Attorney I.D. 307467
                                                Ross, Quinn & Ploppert, P.C.
                                                192 S. Hanover Street, Suite 101
                                                Pottstown, PA  19464
                                                Ph: (610) 323-5300
                                                F:  (610) 323-6081

Dated: February 28, 2022