THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Michelle L. Campbell, | : | Chapter 13 |
| Debtor | : | No. : 20-14031-elf |

## **CERTIFICATE OF SERVICE**

I, Joseph Quinn, Esquire, Counsel for Michelle L. Campbell hereby certify that a true and correct copy of the Motion to Approve the Mortgage Loan Modification Agreement along with Notice of Motion electronically filed on March 2, 2022 has been served upon the following by the means stated:

***Via Electronic Filing (ECF) on March 2, 2022:***

Gregory W. Philips on behalf of Creditor West Pottsgrove Township
gwphilips@ydasp.com, philipslaw@comcast.net

Rebecca Ann Solarz on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Kenneth E. West, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

***Via U.S.P.S first class mail on March 2, 2022:***

All other creditors not otherwise notified by means of ECF.

**ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
JQuinn@RQPLAW.com
Counsel for Debtor

Date:  March 2, 2022