IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Michelle L. Campbell, | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 20-14031-elf |

---

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1.  That I am the attorney for Michelle L. Campbell, Debtor in the above-captioned matter.

2.  That a Motion to Approve a Mortgage Loan Modification by and between Debtor and Nationstar Mortgage LLC d/b/a Mr. Cooper was filed with this Court on March 2, 2022.

3.  That a copy of the Motion and Notice of Motion was served upon parties in interest on March 2, 2022.

4.  A certificate of service was filed with the Court on March 2, 2022 declaring timely service to the above-referenced parties.

5.  A response deadline was set as March 22, 2022.

6.  No response to said Motion has been received as of March 24, 2022.

Respectfully Submitted,

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph L. Quinn,*
    Joseph L. Quinn,
    Esquire Attorney for
    Debtor
    192 S Hanover Street, Suite 101
    Pottstown, PA 19464
    Ph: (610) 323-5300
    F:   (610) 323-6081

Dated: March 24, 2022