IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Michelle L. Campbell, | : | Chapter 13 |
| Debtor | : | No. : 20-14031-elf |

### CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Michelle L Campbell, Debtor in the above-captioned matter.

2. That a motion to modify the plan was filed with the Court on February 28, 2022.

3. That a copy of the Motion, along with the proposed modified plan and Notice of Motion were served on parties in interest on February 28, 2022.

4. That a certificate of service was filed with the court on February 28, 2022 declaring timely service to the above-referenced parties.

5. A response to the Motion was due on or before March 21, 2022.

6. No response to said Motion has been received as of March 24, 2022.


                    ROSS, QUINN & PLOPPERT, P.C.

            BY:     */s/ Joseph Quinn*
                    Joseph Quinn, Esquire
                    Attorney I.D. No. 307467
                    192 S. Hanover Street, Suite 101
                    Pottstown, PA  19464
                    T: (610) 323 - 5300
                    F: (610) 323 - 6081
Date:  March 24, 2022        JQuinn@rqplaw.com