## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
| **MICHELLE L. CAMPBELL,** | : | |
| **Debtor** | : | **Bky. No.  20-14031 ELF** |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #53) is **APPROVED**.

**Date:  March 29, 2022**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**