United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 20-14031-elf

Michelle L. Campbell                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2

Date Rcvd: Apr 20, 2022      Form ID: 138OBJ      Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michelle L. Campbell, 203 E Race Street, Pottstown, PA 19464-6725 |
| 14548993 | + | Aes/pheaa, Pob 61047, Harrisburg, PA 17106-1047 |
| 14548994 | + | Jamie Ottaviano, Esquire, Yergey Daylor et al, PO Box 776, Pottstown, PA 19464-0776 |
| 14548995 | + | McCabe, Weisberg & Conway P.C., 123 South Broad Street 1400, Philadelphia, PA 19109-1060 |
| 14552053 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Rebecca Solarz, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14551465 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14569142 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14573305 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14548997 | + | West Pottsgove Twp., c/o Gregory Philips, Esq., PO Box 776, 1129 E. High St., Pottstown, PA 19464-4909 |
| 14558579 | + | West Pottsgrove Township, 980 Grosstown Road, Pottstown, PA 19464-6124 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 20 2022 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 20 2022 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 20 2022 23:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14548993 | + | Email/Text: bncnotifications@pheaa.org | Apr 20 2022 23:44:00 | Aes/pheaa, Pob 61047, Harrisburg, PA 17106-1047 |
| 14596232 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 20 2022 23:45:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 14567345 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 20 2022 23:44:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14548996 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 20 2022 23:44:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14569142 | + | Email/Text: bncnotifications@pheaa.org | Apr 20 2022 23:44:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14558760 | *+ | West Pottsgove Twp., c/o Gregory Philips, Esq., PO Box 776, 1129 E. High St., Pottstown, PA 19464-4909 |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 20, 2022 | Form ID: 138OBJ | Total Noticed: 16

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| GREGORY W. PHILIPS | on behalf of Creditor West Pottsgrove Township gwphilips@ydasp.com  philipslaw@comcast.net |
| JOSEPH L QUINN | on behalf of Debtor Michelle L. Campbell CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Michelle L. Campbell
    Debtor(s)

Case No: 20−14031−elf

Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/20/22

77 − 72
Form 138OBJ