**UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| In re:  Michelle L. Campbell | | Chapter 13 |
|---|---|---|
| Debtor(s) | | BK No. 20-14031-elf |

**CERTIFICATE OF NO RESPONSE**

The undersigned does hereby certify:

1. That I am the attorney for Michelle L. Campbell, debtor in the above-captioned matter.

2. That a copy of the Supplemental Application for Compensation filed with the Court on March 28, 2022 along with the Notice of Application and Certificate of Service were timely served on parties in interest on March 28, 2022.

3. A response deadline to the application was due on or before April 18, 2022.

4. As of April 26, 2022, no response to said Application has been received.

                                                      **ROSS, QUINN & PLOPPERT, P.C.**

                                                      By: */s/ Joseph L. Quinn*_____
                                                         Joseph L. Quinn, Esquire
                                                         Attorney for Debtor
                                                         Attorney I.D. No. 307467
                                                        192 S. Hanover Street, Suite 101
                                                         Pottstown, PA 19464
                                                         Ph: (610) 323-5300

Dated: April 26, 2022