THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Michelle L. Campbell,          :        Chapter 13
                Debtor              :        No. : 20-14031-elf

### ORDER

**AND NOW,** upon consideration of the Application for Supplemental Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Supplemental Compensation is **ALLOWED** in favor of the Applicant in the amount of **$600.00**.

3. Supplemental Expenses are **ALLOWED** in favor of the Applicant in the amount of **$0.00**.

4. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed amounts set forth in Paragraphs 2 and 3, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

Date:  4/29/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**