# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michelle L. Campbell<br>**Debtor(s)**<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper Successor By Merger To Pacific Union Financial, LLC<br>**Movant**<br>vs.<br><br>Michelle L. Campbell<br>**Debtor(s)**<br><br>Kenneth E. West Esq.,<br>**Trustee** | BK NO. 20-14031 ELF<br><br>Chapter 13<br><br>Related to Claim No. 2 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>March 28, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Michelle L. Campbell
203 East Race Street
Pottstown, PA 19464

Attorney for Debtor(s)
Joseph L. Quinn, Ross, Quinn & Ploppert, P.C.
192 South Hanover Street, Suite 101
Pottstown, PA 19464

Trustee
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: <u>March 28, 2022</u>

**/s/Rebecca A. Solarz Esquire**
Rebecca A. Solarz Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com